# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00489-CR

**John Paul Myers, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF LLANO COUNTY, 33RD JUDICIAL DISTRICT NO. 5753, HONORABLE DANIEL H. MILLS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's counsel, Timothy W. Inman, was appointed by the district court on May 3, 2007, after appellant's original counsel was permitted to withdraw. Following his appointment, counsel moved for and was granted two extensions of time to file his brief. The last extension was to September 5, 2007. Counsel did not file a brief, and he did not respond to the clerk's overdue notice.

The appeal is abated. The district court is ordered to conduct a hearing to determine whether the attorney it appointed has abandoned the appeal. Tex. R. App. P. 38.8(b)(2). The court shall make appropriate findings and recommendations. If Inman is not prepared to prosecute this appeal in a timely fashion, the court shall appoint substitute counsel who will effectively represent appellant on appeal. A record from this hearing, including copies of all findings and orders and a

transcription of the court reporter's notes, shall be forwarded to the clerk of this Court for filing as a supplemental record no later than January 11, 2008.  Rule 38.8(b)(3).

_____

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Waldrop and Henson

Abated

Filed:   December 12, 2007

Do Not Publish